UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Case No: 09-27136/RTL

Leonard R. Nieves, Sr. and Mary J. Nieves  Chapter: 7
　　　　Debtor

Judge: Raymond T. Lyons

_____

**AMENDMENT TO SCHEDULE B**

Please specify the Schedule(s) to be amended:

　　XX　　Schedule B　　-　　Personal Property

_____

The schedule or list indicated above, having been previously filed, is amended as follows:
(List creditors being added or deleted and indicate same; please use separate sheet if necessary)

25. Automobiles, trucks, trailers and other
　　　vehicles and accessories

| | |
|---|---|
| 2006 Infiniti G35 | $12,200 |
| 2001 BMW 530i | $6,100 |
| 2006 Honda motorcycle | $3,100 |
| 2006 Honda motorcycle | $4,300 |
| 2004 Infinity G35 | $8,700 |

I hereby certify under penalty that the above information is correct.

Dated: 9/28/09　　　　　　　　　Debtor's signature: _/s/ Leonard R. Nieves_
　　　　　　　　　　　　　　　　　　　　　　　　　　　Leonard R. Nieves

Submit original and $26.00 fee

If new creditors are being added as the result of this amendment, you must attach a matrix containing only those new creditors being added.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re:    Case No: 09-27136/RTL

Leonard R. Nieves, Sr. and Mary J. Nieves    Chapter: 7
      Debtor

Judge: Raymond T. Lyons

_____

## AMENDMENT TO SCHEDULE C

Please specify the Schedule(s) to be amended:

    XX    Schedule C  -    Property Claimed as Exempt

_____

The schedule or list indicated above, having been previously filed, is amended as follows:
(List creditors being added or deleted and indicate same; please use separate sheet if necessary)

| Item | Statute | Value |
|---|---|---|
| 2006 Infiniti G35 | 11 U.S.C. §522(d)(2) | $6,450 |
| | 11 U.S.C. §522(d)(5) | $6,750 |
| 2001 BMW 530i | 11 U.S.C. §522(d)(5) | $100 |
| 2006 Honda motorcycle | 11 U.S.C. §522(d)(5) | $3,100 |
| 2006 Honda motorcycle | 11 U.S.C. §522(d)(5) | $100 |
| 2004 Infinity G35 | 11 U.S.C. §522(d)(2) | $3,200 |

I hereby certify under penalty that the above information is correct.

Dated: 9/28/09                        Debtor's signature:___/s/ *Leonard E. Nieves*
                                                                    Leonard R. Nieves

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In the Matter of                                              Chapter 7

Leonard R. Nieves, Sr. & Mary J. Nieves
                                                              Case No. 09-27136/RTL
       Debtor
_____

**VERIFIED STATEMENT TO CHANGES**

    I, Leonard R. Nieves, Sr., the debtor in the above-captioned matter, hereby verify that the attached Amended Schedules B and C are true and correct to be added to the Chapter 7 petition filed by said debtor.

                          _____*/s/ Leonard E. Nieves*
                            Leonard R. Nieves